AO91 (Rev. 12/03)  Criminal Complaint                                                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Walter Moises DE LEON-Ramos | Case Number: 1:19-po-1866 |
| A201 782 014  Guatemala | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 22, 2019__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title ____8____ United States Code, Section(s) ____1325(a)(1)____

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Pharr, Texas on March 27, 2019. The defendant is a citizen of Guatemala who entered the United States illegally by wading across the Rio Grande River near Hidalgo, Texas on March 22, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Cantu, Isaac  Border Patrol Agent
Signature of Complainant

Cantu, Isaac   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 29, 2019                                                       at       Brownsville, Texas
Date                                                                               City/State

Ignacio Torteya III         U.S. Magistrate Judge
Name of Judge              Title of Judge                                 Signature of Judge