United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**ENTERED**

March 29, 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA

               Plaintiff

v.

                                Case No.: 1:19−po−01866
                                Magistrate Judge Ignacio Torteya III

Walter Moises De Leon−Ramos

               Defendant

---

## JUDGMENT

On **3/29/19**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **3/29/19**.

Ignacio Torteya, III
United States Magistrate Judge